UNITED STATES of America, Plaintiff–Appellee,

v.

**Johnny Lee OLDS, Defendant–Appellant.**

No. 09–16061
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 19, 2010.

Clinton A. Couch, Clinton A. Couch, P.A., Pensacola, FL, for Defendant–Appellant.

Edwin F. Knight, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Clinton A. Couch, appointed counsel for Johnny Lee Olds in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record, including Olds's response to counsel's motion to withdraw, reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Olds's conviction and sentence are **AFFIRMED.**